# EXHIBIT A

## Case Information

21DCV327696 | Scott & White Healthplan VS. Actian Corporation

| | | |
|---|---|---|
| Case Number<br>21DCV327696 | Court<br>169th Judicial District Court | Judicial Officer<br>Starritt-Burnett, Cari |
| File Date<br>10/01/2021 | Case Type<br>Other Civil | Case Status<br>Active |

## Party

**Plaintiff**
Scott & White Healthplan

Active Attorneys ▼
Lead Attorney
GEISLER, R. CHAD
Retained

**Plaintiff**
SHA, LLC d/b/a FirstCare

Active Attorneys ▼
Lead Attorney
GEISLER, R. CHAD
Retained

**Defendant**
Actian Corporation

## Events and Hearings

10/01/2021 New Case Filed (OCA)

10/01/2021 Petition (e-File)

Comment
PLAINTIFFS' ORIGINAL PETITION BY GEISLER

10/12/2021 Request for Service

Comment
REQUEST FOR SERVICE FOR ACTIAN CORPORATION

10/14/2021 Clerk's Copy

Comment
CLERKS COPY OF CICM ON ACTIAN - CERTIFIED MAIL

10/14/2021 Citation - Certified Mail

Unserved

Anticipated Server
Other Server

Anticipated Method
Certified Mail

# THE STATE OF TEXAS
## CITATION BY MAIL
### Cause No. 21DCV327696



To:

ACTIAN CORPORATION
REGISTERED AGENT: CT CORPORATION
1999 BRYAN ST.
DALLAS, TX 75201-3136

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' ORIGINAL PETITION** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169th Judicial District Court**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number **21DCV327696**, styled

   **Scott & White Healthplan VS. Actian Corporation**

filed in the said court on **October 01, 2021**.

This was issued at the request of attorney: **R. CHAD GEISLER  ONE BARTON SKYWAY  1501 S MOPAC EXPY SUITE A400  AUSTIN TX 78746**.

**NOTICE TO Defendant:** *You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.*

Witness, Joanna Staton, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on October 14, 2021.

> **Joanna Staton, District Clerk**
> Bell County, Texas
> 1201 West Huey Road
> P.O. Box 909
> Belton, Texas 76513
>
> By *(signature)* Deputy Clerk
> K. Simmons

### CERTIFICATE OF DELIVERED BY MAIL

I certify that on **10/14/2021** at 3:30 p.m., I mailed by United States Postal Service in postage prepaid envelopes, sent by certified mail, return receipt requested, true copies of the foregoing citation along with a copy of the **PLAINTIFFS' ORIGINAL PETITION** attached to each such citation, all in accordance with the District Clerk standard mailing procedures, and property addressed to following person and address:

By *(signature)* Deputy Clerk
K. Simmons

# RETURN OF CITATION BY CERTIFIED MAIL

Cause No. **21DCV327696**

**Scott & White Healthplan VS. Actian Corporation**

IN THE
**169th Judicial District Court**
**BELL COUNTY, TEXAS**

**ADDRESS FOR SERVICE:**
**ACTIAN CORPORATION**
**REGISTERED AGENT: CT CORPORATION**
**1999 BRYAN ST.**
**DALLAS, TX 75201-3136**

Came to hand on October 14, 2021, and executed by mailing to **Actian Corporation** by certified mail, return receipt requested with restricted delivery, a true copy of this citation together with an attached copy of **PLAINTIFFS' ORIGINAL PETITION** to the above address.

Service upon the Defendant is evidenced by the return receipt incorporated herein and attached hereto.

signed by _____ and dated _____

This citation was not executed for the following reason: _____.

To certify which witness my hand officially

**Joanna Staton, District Clerk**
Bell County, Texas
1201 Huey Road
P.O. Box 909
Belton, Texas 76513

By: _____ Deputy Clerk
      K. Simmons

**ATTACH RETURN RECEIPT(S) WITH ADDRESSEE'S**
**SIGNATURES UNLESS DELIVERY UNSUCCESSFUL**



Filed 10/1/2021 11:39 AM
Joanna Staton, District Clerk
District Court - Bell County, TX
by Melissa Wallace, Deputy

CAUSE NO. 21DCV327696

| | | |
|---|---|---|
| SCOTT and WHITE HEALTH PLAN and SHA, LLC d/b/a FIRSTCARE | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| vs. | § § | BELL COUNTY, TEXAS |
| ACTIAN CORPORATION, | § § | |
| Defendant. | § § | 169th JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Plaintiffs, Scott and White Healthplan and SHA, LLC d/b/a FirstCare (hereinafter also referred to as "**Plaintiffs**") and file this Original Petition. Plaintiffs file this petition against Actian Corporation asserting claims under Texas law and respectfully show the Court the following:

### I.
### TEXAS RULES OF CIVIL PROCEDURE 190 AND 47

1. Plaintiffs intend to conduct discovery under Level 3 in accordance with Texas Rule of Civil Procedure 190.4. Plaintiffs seek monetary relief between $200,000 and $1,000,000. The damages sought are within the jurisdictional limits of this Court.

### II.
### PARTIES, VENUE, AND JURISDICTION

2. Plaintiff, SHA, LLC d/b/a FirstCare (hereinafter also "**SHA**") is a wholly owned subsidiary of Plaintiff Scott and White Health Plan, part of the Baylor Scott & White Health network. SHA is a Texas limited liability company doing business at 1206 West Campus Drive, Bell County, Temple, Texas 76502. Scott and White Health Plan's principal place of business is located at 1206

West Campus Drive, Bell County, Temple, Texas 76502. Venue and Jurisdiction are proper in Bell County under Chapter 15.002 of the Texas Civil Practice and Remedies Code.

3. Defendant Actian Corporation ("**Actian**") is a Delaware corporation doing business at 2300 Geng Road, Suite 150, Palo Alto, California 94303. No service is requested at this time.

### III.
### FACTUAL BACKGROUND

4. SHA offers high-quality, affordable health insurance coverage for communities in North, Central and West Texas. SHA's parent organization, Baylor Scott & White Health, is the <u>largest not-for-profit health care system</u> in the state of Texas, including 52 hospitals and more than 800 patient access points, including flagship academic medical centers in Dallas and Temple. Baylor Scott & White Health provides the full continuum of care—from primary to award-winning specialty care—throughout Texas and via virtual touchpoints.

5. Actian is a computer software company whose products include the data integration software at issue in this lawsuit, DataConnect (the "Software"). Actian is the successor in interest to Pervasive Software, Inc. ("Pervasive").

6. On or about April 2014, SHA and Pervasive entered into a license agreement whereby Pervasive agreed to license its Software to SHA (the "License Agreement").

7. As set forth more fully in the License Agreement, Section 1 of the License Agreement provides that SHA was granted a non-exclusive, non-transferable license to use the Software solely for internal business purposes. SHA used the Software in accordance with the terms of the License Agreement. Throughout the time that SHA utilized the Software, SHA was never required or directed by Pervasive to execute a distribution agreement with Pervasive or pay recurring commercial license subscription fees to Pervasive.

8. Upon information and belief, Actian acquired Pervasive, and Actian asserts that Pervasive

2

assigned the License Agreement to Actian.

9. After years of utilizing the Software without incident, SHA was informed via emails exchanged between June and September 2021, that Actian believed that SHA owed Actian additional license fees, and Actian claimed that SHA needed to enter into a new Commercial License Subscription. The effect of entering into such an agreement with Actian would be that SHA would be required to pay hundreds of thousands of dollars in additional license fees to Actian.

10. Actian's position conflicts with the unambiguous language of the original License Agreement, which granted SHA a perpetual license. To date, SHA has declined to enter into a Commercial License Subscription with Actian.

11. Actian contends SHA breached the original License Agreement by using the Software to provide services to third-party customers.

12. SHA did not breach the License Agreement. Section 2 of the License Agreement provides that SHA may not "use … the Software in any way to benefit third parties, including … using the Software to process data for third parties (e.g., performing data migrations, conversions, or transformations for your customers). (Emphasis added).

13. SHA uses the Software in connection with health insurance claims processing and payments to healthcare providers on behalf of SHA insured customers, however SHA has never provided access to the Software to any third parties.

14. SHA has not sublicensed, leased, or rented the Software to any third party in violation of the perpetual license agreement. SHA has not provided any third parties with access to the software, ever. Thus, SHA has not breached the License Agreement, and Actian does not have the right to terminate the same.

15. Because Actian's interpretation of the License Agreement is unreasonable and conflicts with

the plain language of the License Agreement as well as with historical course of business dealings between the parties, SHA has both via email and in numerous phone conferences repudiated Actian's unlawful attempts.

16. Actian's threat to terminate the License Agreement, and/or demand unjustified licensing fees and/or foist new agreements upon SHA constitute a breach of contract. There is an actual and justiciable controversy regarding the interpretation of the License Agreement, and Actian's unjustified attempt to extract additional license fees from SHA.

## IV.
## CAUSES OF ACTION

### Count One — Breach of Contract

17. The License Agreement is a valid, binding contract.

18. SHA performed under the License Agreement.

19. SHA has not breached the License Agreement, and thus Actian lacks the right to terminate the License Agreement.

20. Despite this, Actian provided notice to SHA that the License Agreement has terminated. Actian has therefore failed to perform in accordance with the License Agreement.

21. SHA seeks its actual damages, as well as its reasonable and necessary attorneys' fees and costs, in accordance with Section 38.001 of the Texas Civil Practice and Remedies Code.

### Count Two — Declaratory Judgment

22. As set forth herein, a justiciable controversy exists in which SHA has an interest.

23. Plaintiffs request that this Bell County District Court declare: 1) SHA has not breached the License Agreement; 2) Actian has no right to terminate the License Agreement; 3) SHA is not required to enter into a Commercial License Subscription; and 4) SHA owes no additional license fees or other sums to Actian.

24. Further, an award of reasonable and necessary attorneys' fees to Plaintiffs would be equitable and just and therefore authorized by Section 37.009 of the Texas Civil Practice and Remedies Code.

## V.
## PRAYER FOR RELIEF

For the reasons set forth above, Plaintiffs respectfully request:

a. an award of damages in its favor in an amount to be determined at trial;

b. declaratory relief as set forth above;

c. an award of attorneys' fees and costs; and

d. all other relief to which Plaintiffs may show themselves justly entitled, both in equity and under law.

Respectfully Submitted,

**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 S. Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288 Telephone
(512) 472-0721 Facsimile

By: _____
R. Chad Geisler
State Bar No. 00793793
cgeisler@germer-austin.com
Missy Atwood
State Bar No. 01428020
matwood@germer-austin.com
Ryan C. Bueche
State Bar No. 24064970
rbueche@germer-austin.com

**ATTORNEYS FOR PLAINTIFFS**

# JOANNA STATON
## BELL COUNTY DISTRICT CLERK
# REQUEST FOR SERVICE



CAUSE NUMBER 21DCV327696

STYLE Scott & White Healthplan and SHA, LLC d/b/a FirstCare v. Actian Corporation

| TYPE OF SERVICE REQUESTED | COST FOR SERVICE | |
|---|---|---|
| | **DISTRICT CLERK** | **SHERIFF/CONSTABLE** |
| ___ Resident Citation | $8.00 | $80.00 |
| ___ Non-Resident Citation | $8.00 | |
| ___ Citation by Restricted Mail | $80.00 | |
| ___ Citation to Secretary of State | $12.00 | |
| ___ Citation to Secretary of State by Certified Mail | $82.00 | |
| _X_ Citation by Certified Mail | $78.00 | |
| ___ Citation by Publication (newspaper) | $78.00 | |
| ___ Citation by Publication (courthouse door) | $78.00 | |
| ___ Show Cause | $8.00 | $80.00 |
| ___ Temporary Restraining Order | $8.00 | $100.00 |
| ___ Notice Application for Protective Order | $8.00 | $20.00 |
| ___ Subpoena | $8.00 | $80.00 |
| ___ Subpoena-Duces Tecum | $8.00 | $80.00 |
| ___ Abstract of Judgment | $8.00 | |
| ___ Order of Sale | $8.00 | $150.00 |
| ___ Capias | $8.00 | $150.00 |
| ___ Notice of Expunction | $8.00 | |
| ___ Order of Expunction | $8.00 | |
| ___ Bench Warrant | $8.00 | $150.00 |
| ___ Writ of Attachment | $8.00 | $250.00 |
| ___ Writ of Execution | $8.00 | $250.00 |
| ___ Writ of Garnishment | $8.00 | $150.00 |
| ___ Writ of Habeas Corpus | $8.00 | $150.00 |
| ___ Writ of Injunction | $8.00 | $125.00 |
| ___ Writ of Possession | $8.00 | $150.00 |
| ___ Writ of Sequestration | $8.00 | $150.00 |
| ___ Expedited Foreclosures (includes certified & 1st class mail) | $86.00 | |
| ___ Other: _____ | | |

*********************************************************************

**NAME AND ADDRESS OF PERSON TO BE SERVED:**

Actian Corporation through its registered agent:

CT Corporation

1999 Bryan St.

Dallas, Tx. 75201-3136

**TO BE SERVED BY:**
___ Bell County Sheriff
___ Private Process _____
___ Back to Attorney
_X_ District Clerk
___ Constable _____

**REQUESTED BY:**
R. Chad Geisler

**DATE REQUESTED:**
10/12/2021

server: C/M

# THE STATE OF TEXAS
## CITATION BY MAIL
### Cause No. 21DCV327696

*Clerk's Copy*

**To:**

ACTIAN CORPORATION
REGISTERED AGENT: CT CORPORATION
1999 BRYAN ST.
DALLAS, TX 75201-3136

**Defendant,** in the hereinafter styled and numbered cause:
You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' ORIGINAL PETITION** at or before 10:00 a.m. on the first Monday following the expiration of twenty (20) days from the date of service hereof, with the clerk of the **169th Judicial District Court**, Bell County, Texas, to be held at the Bell County Justice Complex Building, District Courts in Belton, Texas, a copy of which accompanies this citation, in cause number **21DCV327696**, styled

**Scott & White Healthplan VS. Actian Corporation**

filed in the said court on **October 01, 2021**.

This was issued at the request of attorney: **R. CHAD GEISLER  ONE BARTON SKYWAY  1501 S MOPAC EXPY SUITE A400  AUSTIN TX 78746**.

**NOTICE TO Defendant:** *You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 AM on the first Monday following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.*

Witness, Joanna Staton, District Clerk of Bell County, Texas.

Issued and given under my hand and seal of said Court at office in Belton, Texas, on October 14, 2021.

Joanna Staton, District Clerk
Bell County, Texas
1201 West Huey Road
P.O. Box 909
Belton, Texas 76513

By: _____ Deputy Clerk
K. Simmons

### CERTIFICATE OF DELIVERED BY MAIL

I certify that on **10/14/2021** at 3:30 p.m., I mailed by United States Postal Service in postage prepaid envelopes, sent by certified mail, return receipt requested, true copies of the foregoing citation along with a copy of the **PLAINTIFFS' ORIGINAL PETITION** attached to each such citation, all in accordance with the District Clerk standard mailing procedures, and property addressed to following person and address:

7019 1120 0002 1769 6147
%327696 CICM/KDS
ACTIAN CORPORATION
REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN ST.
DALLAS, TX 75201-3136

By: _____ Deputy Clerk
K. Simmons

*Clerk's Copy*